**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Michelle A. Richter,<br>Plaintiff,<br>v.<br>Mary Hoeft, and<br>Target Stores, Inc.,<br>Defendants. | Civil File No. 0:01CV 1450 (ADM/AJB)<br><br>**STIPULATED ORDER TO EXTEND TIME TO ANSWER OR RESPOND** |

IT IS STIPULATED AND AGREED by the parties that the time for the defendants to answer or otherwise respond to the complaint shall be extended. The answer or other responsive pleading shall be filed and served on or before Wednesday, September 12, 2001.

*Agreed to:*

Dated: August 15, 2001

WILLIAM L. FRENCH, ATTORNEY AT LAW

By ______________________

William L. French Atty. Reg. 131945
P.O. Box 6323
627 Woodhaven Court N.E.
Rochester, Minnesota 55903
(507) 280-6136
*Attorney for Plaintiff*

Dated: August 13, 2001

HALLELAND LEWIS NILAN
SIPKINS & JOHNSON P.A.

By: ______________________

Donald M. Lewis Reg. No. 62844
Sandra L. Conroy Reg. No. 267132
600 Pillsbury Center South
220 South Sixth Street
Minneapolis, Minnesota 55402
(612) 338-1838
*Attorneys for Defendants*

AUG 20 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DN: 124987

*So ordered:*

Dated: August 17th, 2001

Arthur J. Boylan
United States Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500