UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Michelle A. Richter,

Plaintiff,

v.

Mary Hoeft, and Target Stores, Inc.

Defendants.

Civil File No. 0:01CV1450 ADM/AJB

STIPULATION OF DISMISSAL

---

The parties having compromised and settled their dispute,

IT IS HEREBY AGREED AND STIPULATED by the parties that, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), this action shall be and is DISMISSED WITH PREJUDICE, with each party to bear its own costs and attorneys' fees.

Dated: 6-6., 2002

WILLIAM L. FRENCH

By: ______________________
William L. French Reg. No. 131945
P .O. Box 6323
627 Woodhaven Court N.E.
Rochester, MN 55903
(507) 280-6136

ATTORNEYS FOR PLAINTIFF

Dated: June 12, 2002

HALLELAND LEWIS NILAN SIPKINS & JOHNSON

By: ______________________
Donald M. Lewis Reg. No. 62844
Sandra L. Conroy Reg. No. 267132
Pillsbury Center South, Suite 600
220 South Sixth Street
Minneapolis, MN 55402-4501
(612) 338-1838

ATTORNEYS FOR DEFENDANTS

DN: 138301

FILED JUN 17 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

**SO ORDERED:**

Dated: June 17, 2002

The Honorable Judge Ann D. Montgomery
United States District Court